AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 06, 2020**

SEAN F. McAVOY, CLERK

ANNA LASKO,

*Plaintiff*

v.

KRYSTAL BITZER; ROMAN MAIER; SPOKANE COUNTY; and DOES 1-X,

*Defendant*

Civil Action No. 2:19-CV-313-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 19, is GRANTED; and Plaintiff's Complaint, ECF No. 1, is DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on stipulated motion for dismissal.

Date: August 6, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*

Angela Noel